# United States District Court
# Eastern District of California

Addisalem Habtewold Meshesha

Plaintiff(s)

V.

Blanche et al.

Defendant(s)

Case Number: 1:26-at-03113

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marron Gebremeskel hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Addisalem Habtewold Meshesha

On 05/03/2012 (date), I was admitted to practice and presently in good standing in the Southern District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/14/2026

Signature of Applicant: /s/ Marron Gebremeskel

**Pro Hac Vice Attorney**

Applicant's Name: Marron Gebremeskel

Law Firm Name: Law Office of Marron Gebremeskel, PLLC

Address: 28111 S Firethorne Rd

Suite 302

City: Katy State: TX Zip: 77494

Phone Number w/Area Code: (832) 304-5319

City and State of Residence: Katy, TX

Primary E-mail Address: marron@marronglaw.com

Secondary E-mail Address: mtg06d@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Igor Harris

Law Firm Name: Sentinel Law Group

Address: 4645 Cass St. Ste. 102b

City: San Diego State: CA Zip: 92109

Phone Number w/Area Code: (858) 224-2585 Bar # 335884

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/17/2026

JUDGE, U.S. DISTRICT COURT